**Clara Busch ORTHWEIN, Petitioner, v. Joseph D. NUNAN, Jr., Commissioner of Internal Revenue.**

No. 13001.

Circuit Court of Appeals, Eighth Circuit.

Aug. 3, 1945.

Daniel N. Kirby, Harry W. Kroeger, and Frank H. Fisse, all of St. Louis, Mo., for petitioner.

Samuel C. Clark, Jr., Asst. Atty. Gen., and Sewall Key, Sp. Asst. to Atty. Gen. and J. P. Wenchel, Chief Counsel, and John W. Smith, Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

Decision of the Tax Court of the United States affirmed and petition to review dismissed without costs to either party in this Court, on authority of decision in Busch v. C.I.R., 8 Cir., 148 F.2d 798, on joint motion of counsel for respective parties.

**Ida M. PICKING and Guy W. Picking, Appellants, v. PENNSYLVANIA RAILROAD COMPANY et al.**

No. 9236.

Circuit Court of Appeals, Third Circuit.

Argued Feb. 4, 1947.
Decided March 21, 1947.

Ida M. Picking, of Baltimore, Md., for appellants.

Spencer G. Nauman, of Harrisburg, Pa., for appellees.

Before BIGGS, GOODRICH, and McLAUGHLIN, Circuit Judges.

PER CURIAM.

Assuming arguendo that the appeal at bar was taken within the period prescribed by the statute, a question which we do not decide, we are of the opinion none the less that the court below committed no error in dismissing the plaintiffs' motion to vacate the order of dismissal as to The Pennsylvania Railroad Company filed June 1, 1946. 66 F.Supp. 233. Accordingly the order appealed from will be affirmed.

**Carl E. OWENS v. Walter A. HUNTER, Warden, United States Penitentiary, Leavenworth, Kansas.**

No. 3473.

Circuit Court of Appeals, Tenth Circuit.

Feb. 10, 1947.

No appearance for either party.

Before PHILLIPS, BRATTON, and MURRAH, Circuit Judges.

PER CURIAM.
Leave to appeal in forma pauperis denied.

**Louis W. PETERS, Temporary Trustee, et al., Appellants, v. Frank S. and Ethel L. WIEMEYER.**

No. 13504.

Circuit Court of Appeals, Eighth Circuit.

Feb. 28, 1947.

George O. Durham and C. Lew Gallant, both of St. Louis, Mo., for appellants.

Barak T. Mattingly and Douglas H. Jones, both of St. Louis, Mo., for appellees.

PER CURIAM.

Appeal from District Court dismissed without taxation of costs in favor of either of the parties in this Court, on stipulation of counsel for the respective parties.